# UNITED STATES DISTRICT COURT

for the

16th District of TN

_____ Division

| | |
|---|---|
| Dallas Sarden #592206<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Riverbend Maximum Security Institution<br>Corvill Haynes<br>Dylan Swertz<br>Renata Smith<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br><br><br>RECEIVED<br><br>JUL 14 2026<br><br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF TN |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:26-cv-00971   Document 1   Filed 07/14/26   Page 1 of 20 PageID #: 1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dallas Sarden #592206 |
| All other names by which you have been known: | |
| ID Number | #592206 |
| Current Institution | Riverbend Maximum Security Institution |
| Address | 7475 Cockrill Bend Blvd |
| | Nashville     TN     37243 |
| | *City*     *State*     *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Riverbend Maximum Security Institution |
| Job or Title *(if known)* | TDOC Prison |
| Shield Number | N/A |
| Employer | N/A |
| Address | 7475 Cockrill Bend Blvd |
| | Nashville     TN     37243 |
| | *City*     *State*     *Zip Code* |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Corvill Haynes |
| Job or Title *(if known)* | Warden of Security |
| Shield Number | |
| Employer | Riverbend Maximum Security Institution |
| Address | 7475 CockrillBend Blud |
| | Nashville     TN     37243 |
| | *City*     *State*     *Zip Code* |

☒ Individual capacity     ☐ Official capacity

Case 3:26-cv-00971     Document 1     Filed 07/14/26     Page 2 of 20 PageID #: 2

Defendant No. 3

Name     Dylan Swertz

Job or Title *(if known)*     Yard Security

Shield Number

Employer     Riverbend Maximum Security Institution

Address     7475 Cockrill Bend Blvd

Nashville     TN     37243
*City*     *State*     *Zip Code*

[X] Individual capacity     [ ] Official capacity

Defendant No. 4

Name     Renata Smith

Job or Title *(if known)*     Former Unit Manager

Shield Number     N/A

Employer     Riverbend Maximum Security Institution

Address     7475 Cockrill Bend Blvd

Nashville     TN     37243
*City*     *State*     *Zip Code*

[X] Individual capacity     [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

In section 1983 each defendant failed to secure my Safety and Health under the color of my 8th Amendment Right.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Not Available

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

September 29th, 2025   Riverbend Maximum Security Institution

C.      What date and approximate time did the events giving rise to your claim(s) occur?

September 29th, 2025      10:30am - 10:45am

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was viciously assaulted by to inmates that were not housed in my Unit. The Defendents are Responsible for my Safety and securing each Unit from Security Risks such as the Events that occured.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was escorted to the Infirmary with my Right Eye swollen shut and several teeth knocked loose pictures were taken of my injuries. I also suffer from Mental Health Issues now which are Post Traumatic Stress Disorder and Anxiety.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- I want $5 million in Punitive Damages for Pain + Suffering
- I want 50 years off my current Sentence

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Riverbend Maximum Security Institution

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

The Facility and Individuals that did not protect my 8th Amendment Right.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

RMSI Adminastration

2. What did you claim in your grievance?

The Events that ocurred and the Violation of my 8th Amendment Right

3. What was the result, if any?

I was told if I didn't drop my Grievance Case I would be placed in Protective Custody.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

My Grievance was thrown out and deemed not a suitable Grievance.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)   N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

N/A
☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
  N/A
☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.    Parties to the previous lawsuit

         Plaintiff(s)    N/A

         Defendant(s)    N/A

     2.    Court *(if federal court, name the district; if state court, name the county and State)*

         N/A

     3.    Docket or index number

         N/A

     4.    Name of Judge assigned to your case

         N/A

     5.    Approximate date of filing lawsuit

         N/A

     6.    Is the case still pending?

         ☐ Yes
           N/A
         ☐ No

         If no, give the approximate date of disposition

     7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         N/A

Case 3:26-cv-00971    Document 1    Filed 07/14/26    Page 10 of 20 PageID #: 10

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/2/26

Signature of Plaintiff

Printed Name of Plaintiff    Dallas Sarden

Prison Identification #    #592206

Prison Address    7475 Cockrill Bend Blvd

Nashville          TN          37243
          City          State          Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

          City          State          Zip Code

Telephone Number

E-mail Address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____16th_____ DISTRICT OF TENNESSEE
### _____Nashville_____ DIVISION

RECEIVED

JUL 1 4 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## QUESTIONNAIRE FOR PRISONERS PROCEEDING
## PRO SE UNDER 42 U.S.C. ' 1983

Dallas Sarden #592206 ,
_____ ,
_____ ,
    **PLAINTIFF,**

**VS.**

Riverbend Maximum Security Institute
Corvill Haynes ,
Renata Smith ,
Dylan Siwertz ,
    **DEFENDANT (S)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO.** _____

---

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Dallas Sarden #592206

2. Name and location of prison where you are now confined: Riverbend Maximum Security Institution

3. Sentence you are now serving (how long?): 63 years

    (a) What were you convicted of? 1st Degree Murder

    (b) Name and location of court which imposed sentence: Washington County in Jonesboro, Tennessee

    (c) When was sentence imposed? June-July 2018

    (d) Did you appeal your sentence and/or conviction?　　✓ Yes ____ No

    (e) What was the result of your appeal? My First Appeal was Denied

    (f) Approximate date your sentence will be completed: 12/05/82

## IV. Statement of Claim:

State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, date, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

On September 29th, 2025 at Riverbend Maximum Security Institution just before 11:00am Count-Time at approximately 10:30am-10:45am I was viciously attacked in my cell, which was in Unit6-Alpha Pod-Cell 122, by two Inmates while a third Inmate shut my cell door and stood outside my cell to keep guard. The two Inmates that entered my cell continuously assaulted me for over five minutes. These three Inmates were NOT housed in Unit6, but were housed in Unit5, which is a completely different Unit and is completely separate from Unit6. At RMSI each Inmate is issued a colored wrist band that shows which Unit and Pod that Inmate is housed in. Not only did Unit Manager R.Smith (whom is the Unit Manager ove Unit6), Officer Franklin (whom was the Corrections Officer in Unit6 on September 29th, 2025), and Officer D.Swartz (whom is the Yard Security Officer between Units 5 and 6) fail to intercept these Inmates, these Officers allowed three Inmates to enter a Unit that they were not housed in and Officer Franklin let them back out of Unit6 with his own keys, which is totally against the Rules and Regulations at RMSI. Also while walking from Unit5 to Unit6 at around 10:30am, which is also against Rules and Regulations because the Yard should be closed to all movement due to Count-Time at 11:00am, these three Inmates had to walk past other Corrections Officers on the Yard, They had to walk past classrooms, They had to walk past the Barbershop, and They had to walk past the Disciplinary Boards Office which is Sgt. Stevens Office and she sits at her window with a perfect view of these three Inmates walking from Unit5 to Unit6. So my question is why was there no Alarm raised of a possible Security Risk? All of the events that transpired on September 29th, 2025 were recorded on camera and documented. After my brutal assault, I was then escorted to the Infirmary, where I recieved medical treatment for my injuries. I also filed a grievance on the staff at RMSI and the responce was if I did not drop my grievance

that I would be placed in Protective Custody. This is an unacceptable response to the Staff failing to do their job correctly and violating my Rights which states "Diliberate Indifference by Prison Officials to an Inmates rights under the 8th Amendment to humane conditions of confinement, requires that Prison Officials must know of and disreguard an excessive risk to Inmates Health and Safety; Officials must both be aware of facts from which inteference could be drawn that substantial risk of serious harm exists and they must draw the inteference." I am the victim of an attack and assault due to me Identifying as a Transgender, which is a hate crime, I am also a victim of the violation of my 8th Amendment Right. I now suffer from Post Traumatic Stress Disorder, and Anxiety which I have to take medication for and I am in a constant fear for my life that the staff at Riverbend Maximum Security Institution will let this happen again. I have recieved no reassurance from the Warden of Security C. Haynes that his staff will take the steps necessary to prevent any future attacks. Even though we are TDOC Inmates we still deserve our Rights and Safety to be taken seriously and I should be compensated for my pain and suffering that I have endured.

V. Relief:

1. I am requesting 50 years off my current Sentence, which my expiration date is 2089 currently.

2. I am requesting $5 million in punitive damages for pain and suffering

3.

4.

5.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____ ,20____ .

_____
_____
_____
_____

(Signature and address of Plaintiff (s))

# V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, WHERE the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE SIMPLE, **CONCISE**, AND **DIRECT**. If the court needs additional information from you, you will be notified.

Where did the incident you are complaining about occur? That is, at what institution or institutions?

Riverbend Maximum Security Institution

When do you allege this incident took place? September 29th, 2025

What happened? I was brutally assualted by 2 inmates in my cell for being and Identifying as a Transgender. The staff at RMSI which are Unit Manager Renata Smith, Warden of Security Corvill Haynes, Yard Security Officer, Dylan Swertz, and Corrections Officer Franklin allowed this attack to happen. Everything about this incident was recorded on camera and documented. I recieved medical treatment for my injuries and also have to see mental health for Post Traumatic Stress Disorder and anxiety due to the attack. My 8th Amendment Right was violated and I am the victim of a Hate Crime for Identifying as a Transgender.

11. List the name and address of every person you believe was a **WITNESS** to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard what happened.

(USE ADDITIONAL SHEETS, IF NECESSARY)

The Cameras at RMSI have recorded evidence on September 29th, 2025 and is documented for my case. I also have the Medical Staff at RMSI who took pictures of my injuries.

12. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

I am requesting 50 years off my current sentence.
I am requesting $5million in punitive damages for pain and suffering.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under ' 1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.** That mean you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this_____ day of_____ , 20____.

_____
(Signature of Plaintiff)

(e) What, if anything, have you done to bring your complaint(s) to the attention of Prison Officials? Give dates and places and the names of persons talked to:

7. In what other institutions have you been confined? Give dates of entry and exit.

Bledsoe County Correctional Complex - 2018

Trousdale Turner Correctional Center - 2018-2022

West Tennessee State - 2022-2024

Riverbend Maximum Security Institution - 2024-Present

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of **each** plaintiff in this lawsuit.

Dallas Sarden #592206

7475 Cockrill Bend Blvd.

Nashville, TN 37201

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.          (ATTACH ADDITIONAL PAGES IF NECESSARY)

Riverbend Maximum Security Institution

Corvill Haynes - Warden of Security at RMSI

Renata Smith - Unit Manager at RMSI

Dylan Swertz - Yard Security at RMSI

# ORDER OF THE COURT

The application is hereby denied. _____

_____      _____
JUDGE          DATE

The application is hereby GRANTED. Let the applicant proceed without prepayment of cost or fee or the necessity of giving security therefore. _____

_____      _____
JUDGE          DATE
OR MAGISTRATE

MR. Dallas Latwan Sarden #592206

R.M.S.I

7475 Cockrill bend Blvd

NAshville, TENN 37201

US POSTAGE PITNEY BOWES

ZIP 37243
$003.56
0008044159 JUL 10 2026

FIRST-CLASS

RECEIVED
JUL 1 4 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RECEIVED
JUL - 8 2026
RMSI MAILROOM
OUTGOING LEGAL

329.42

Clerk of Court

Fred D Thompson US Courthouse

719 Church St

Ste 1300

NAshville, TENN 37203

The Dept of Corrections/RMSI
HAS NOT inspected nor
censored and is not
responsible for the contents